Donald E. HASSON, Appellant, v. W. H. HI-
ATT, Warden, United States Peniten-
tiary, Atlanta, Georgia, Appellee.

No. 13880.

United States Court of Appeals
Fifth Circuit.

May 5, 1952.

No appearance entered on behalf of appellant.

J. Ellis Mundy, U. S. Atty., Harvey H. Tisinger, and H. A. Stephens, Jr., Assts. U. S. Atty., Atlanta, Ga., for appellee.

Before HOLMES, STRUM and RIVES, Circuit Judges.

PER CURIAM.

The Court having read and considered the record and briefs and finding no error in the record the judgment is

Affirmed.

---

Harry W. MOLLETTE v. UNITED STATES
of America.

No. 13942.

United States Court of Appeals
Fifth Circuit.

April 24, 1952.

No appearance entered on behalf of appellant.

Cavett S. Binion, Asst. U. S. Atty., Fort Worth, Tex., for appellee.

Before HOLMES, STRUM, and RIVES, Circuit Judges.

PER CURIAM.

The judgment appealed from is affirmed.